UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-CV-23399-JLK

ALPHA CHI OMEGA, et al.,

    Plaintiffs,

v.

THOMAS KENNETH ABRAHAM,
doing business as PADDLE TRAMPS
MFG. CO., et al.,

    Defendants.

_____

**FINAL ORDER OF DISMISSAL**

THIS CAUSE comes before the Court *sua sponte* upon a review of the pleadings and record.

On April 1, 2008, the Court dismissed the Complaint in the above styled action without prejudice to amend within 10 days.

Plaintiffs have not amended their Complaint, and the time to do so has passed.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that the above-styled action is hereby **DISMISSED with prejudice** to re-file in the Southern District of Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of April, 2008.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **<u>Counsel for Plaintiff</u>**
Leslie Lott, Esq.
Mark E. Stein, Esq.
LOTT & FRIEDLAND, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134

Amy Cahill, Esq.
Christina Ryan, Esq.
Jack Wheat, Esq.
Stites & Harbison
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

**<u>Counsel for Defendants</u>**

Janet T. Munn, Esq.
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Blvd., Suite 4300
Miami, Florida 33131

Elizabb Carroll, Esq.
Richard Law Group, Inc.
8411 Preston Road
Suite 890
Dallas, TX 75225

Molly Buck Richard, Esq.
Elizann Carroll, Esq.
RICHARD LAW GROUP, INC.
8411 Preston Road, Suite 890
Dallas, Texas 75225

Gregory Herbert, Esq.
Greenberg Traurig
450 S. Orange Avenue

Suite 650, P.O. Box 4923
Orlando, FL 32801-4923

Defendant The Brown Bag, Inc.
c/o Robert N. Christian, Agent for Process
3725 Arborlawn Drive
Fort Worth, Texas 76109-3304

Defendants Mark Tygel and Leslie K. Zuck,
individuals doing business as Rah Rah Co.
107 W. Nittany Avenue
State College, Pennsylvania 16801

Laura J. Hein, Esq.
GRAY PLANT MOOTY
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Mark A. Romance, Esq.
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Blvd.
Miami, Florida 33131

Douglas A. Cherry, Esq.
ABEL BAND
P.O. Box 49948
Sarasota, Florida 34230-6948

4